# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0215.  OMAR D. LITTLE v. THE STATE.**

Omar Little has been charged with criminal street gang activity, in violation of OCGA § 16-15-4.  On December 17, 2015, the magistrate court entered an order finding that probable cause exists and transferring Little's prosecution to the superior court.  Little has filed a pro se application for discretionary appeal from this order. We lack jurisdiction for two reasons.

First, Little's pro se application is a nullity because he currently is represented by counsel in this action and thus may not attempt to represent himself.  See *Tolbert v. Toole*, 296 Ga. 357, 361-363 (3) (767 SE2d 24) (2014); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993).  Second, because Little's prosecution remains pending below, he was required to use the interlocutory appeal procedures— including obtaining a certificate of immediate review from the trial court—to appeal the court order designated in his application.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  His failure to do so deprives us of jurisdiction over his application.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).[1]

For both of the above reasons, Little's application for discretionary appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/25/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*

---

[1] To the extent that Little seeks to appeal the superior court's order setting bond, we lack jurisdiction for the same reasons.